# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD S. HADDAD,
               Appellant,

vs.

RICAMYR B. ABRERA,
               Respondent.

No. 74948

FILED

MAR 06 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an oral ruling regarding a motion for immediate visitation or supervised visitation and reinstatement of joint custody. Eighth Judicial District Court, Clark County; Mathew Harter, Judge.

Our review of the documents submitted to this court reveals a jurisdictional defect. A district court's oral pronouncement from the bench is ineffective and cannot be appealed. *State, Div. of Child and Family Servs. v. Dist. Court*, 120 Nev. 445, 452, 92 P.3d 1239, 1244 (2004). Further, it does not appear that the district court has entered any written order resolving appellant's motion. Accordingly, we conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.[1]

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

_____

[1]To the extent appellant appeals from decisions in district court case numbers D-18-563805-R and T-17-183165-T, appellant fails to identify any appealable orders.

cc: Hon. Mathew Harter, District Judge
Richard S. Haddad
Roberts Stoffel Family Law Group
Eighth District Court Clerk

